**99–903.  State v. Garrison.**

Washington App. No. 98CA11. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of sentence and to continue bond,

IT IS ORDERED by the court that the motion for stay of sentence and to continue bond be, and hereby is, granted.

DOUGLAS, J., dissents.